IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                 No. CIV S-12-744 KJM DAD

       vs.

THANH VAN TRAN, et al.,           ORDER

        Defendants.

_____/

On August 16, 2012, plaintiff filed a stipulation for dismissal, "by and between the parties to this action and their designated counsel." ECF No. 16. It is signed by plaintiff and by Greg L. Johnson on behalf of the Bank of Stockton. It does not mention defendant Tran, who appeared on August 2, 2012, believing that the case was set for a pretrial status conference.

The court grants the parties' request and dismisses this entire case with prejudice, making clear that the dismissal covers defendant Tran as well as the Bank of Stockton. The Clerk of the Court is directed to serve a copy of this order on Thanh Van Tran at the address shown on the Proof of Service of Summons filed at ECF No. 5.

IT IS SO ORDERED.

DATED: August 22, 2012.

_____
UNITED STATES DISTRICT JUDGE

1